(66 Hun, 630.)

### WILDRICK, Respondent, v. MOORE et al., Appellants.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Eugene J. Wildrick against John Moore and others.

No opinion.   Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event.   Held: (1) That the evidence as to the defendants being insured against loss by injuries to their employes, and the comments thereon by the counsel to the jury, were improper; (2) the evidence does not sustain the alleged ground of negligence submitted to the jury.

---

(66 Hun, 630.)

### YERKES, Respondent, v. McFADDEN et al., Appellants.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Susan B. Yerkes against Charles McFadden, Sr., and others.

No opinion.   Order denying motion to vacate attachment affirmed, with $10 costs and disbursements.

---

(66 Hun, 630.)

### YERKES, Respondent, v. McFADDEN et al., Appellants.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Susan B. Yerkes against Charles McFadden, Sr., and others.

No opinion.   Order for sale of attached property reversed, with $10 costs and disbursements.

---

(66 Hun, 631.)

### YERKES, Respondent, v. McFADDEN et al., Appellants.

(Supreme Court, General Term, Fourth Department,   December 9, 1892.)

Action by Susan B. Yerkes against Charles McFadden, Sr., and others.

No opinion.   Order of special term reversed, with $10 costs and disbursements, and the attachment vacated as to appellants only.

---

(66 Hun, 635.)

### ALEXANDER, Appellant, v. ROCHESTER CITY & B. R. CO., Respondent.

(Supreme Court, General Term, Fifth Department.   January 18, 1893.)

Action by Etta L. Alexander against the Rochester City & Brighton Railroad Company.

No opinion.   Order granting a new trial appealed from affirmed, with costs to abide the event.

---

(66 Hun, 636.)

### ALLEN v. ALLEN.

(Supreme Court, General Term, Fifth Department.   January 18, 1893.)

Action by W. Cleveland Allen against Margaret G. Allen and others.

No opinion.   Motion to modify order of this court so as to provide for compensation to guardian ad litem granted, and the amount fixed at $250, besides disbursements payable out of the estate.

---

(66 Hun, 636.)

### ANGUISH, Appellant, v. CRAFT, Respondent.

(Supreme Court, General Term, Fifth Department.   January 18, 1893.)

Action by Michael W. Anguish against Frederick Craft.

No opinion.   Judgment and orders appealed from affirmed.

LEWIS, J., not sitting.